No. 928. PARK & TILFORD IMPORT CORP. *v.* UNITED STATES. June 5, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. B. A. Levett* for petitioner. *Solicitor General Jackson* and *Mr. John R. Benney* for the United States.

No. 933. BETHLEHEM SHIPBUILDING CORP. ET AL. *v.* CARDILLO ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Elias Field* and *La Rue Brown* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *Henry A. Julicher* for respondents.

No. 935. COURT LINE, LTD. *v.* ISTHMIAN STEAMSHIP Co. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Griffin, David Corbin,* and *Wharton Poor* for petitioner. *Messrs. Henry N. Longley* and *L. deGrove Potter* for respondent.

No. 937. MOHAWK RUBBER Co. *v.* UNITED STATES. June 5, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Allen H. Gardner* and *Frederick L. Pearce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Charles A. Horsky* for the United States.

No. 938. DONNELLEY *v.* COMMISSIONER OF INTERNAL REVENUE. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit